FILED
CLERK, U.S. DISTRICT COURT
03/08/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:23-cr-00035-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of False Tax Returns] |
| SALVADOR GONZALEZ, | |
| Defendant. | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Defendant SALVADOR GONZALEZ was a resident of Corona, California.

2. Defendant GONZALEZ owned and operated a tax preparation business, Grace's Lighthouse Resources Center, Inc., through which he prepared tax returns for clients for a fee.

3. Grace's Lighthouse Resources Center, Inc., was located in Corona, California.

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States.

5. IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was used by U.S. taxpayers to file an annual income tax return.

6. Schedule A, Itemized Deductions ("Schedule A") was an IRS form that was attached to a Form 1040, when applicable, and used by taxpayers to claim certain permissible deductions from adjusted gross income. Deductions that could be claimed on a Schedule A included, among others, cash contributions to charity, medical and dental expenses, and unreimbursed employee expenses.

7. Schedule E, Supplemental Income and Loss ("Schedule E") was an IRS form that was attached to a Form 1040, when applicable, and used by taxpayers to report income or loss generated from certain businesses, including those that elected to be an S Corporation.

8. IRS Form 1120-S, U.S. Income Tax Return for an S Corporation ("Form 1120-S"), was used by certain businesses to file an annual income tax return.

9. These Introductory Allegations are incorporated into all Counts of this Indictment.

COUNTS ONE THROUGH TWENTY-FIVE

[26 U.S.C. § 7206(2)]

On or about the dates set forth below, in Riverside County, within the Central District of California, and elsewhere, defendant SALVADOR GONZALEZ willfully aided and assisted in, and procured, counseled, and advised, the preparation and presentation to the IRS of false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for the taxpayers and for the tax years set forth below. The Forms 1040 were false and fraudulent as to material matters in that they included: (1) false claims of Schedule E business losses in the amounts specified below, when defendant GONZALEZ then knew that the taxpayers had not incurred such business losses in the amounts stated on the Forms 1040; and (2) false claims of Schedule A deductions for the items and in the amounts specified below, when defendant GONZALEZ then knew that the taxpayers were not entitled to claim such deductions in the amounts stated on the Forms 1040.

| COUNT | TAXPAYER(S) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM(S) |
|---|---|---|---|---|
| ONE | A.P. & D.P. | 04/15/2017 | 2016 | 1. Schedule E, Line 31, S Corporation loss of $53,417<br>2. Schedule A, Line 16, Cash contributions of $8,729<br>3. Schedule A, Line 21, Unreimbursed employee expenses of $14,529 |

| COUNT | TAXPAYER(S) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM(S) |
|---|---|---|---|---|
| TWO | A.P. & D.P. | 04/15/2018 | 2017 | 1. Schedule E, Line 31, S Corporation loss of $68,986<br>2. Schedule A, Line 16, Cash contributions of $8,843<br>3. Schedule A, Line 21, Unreimbursed employee expenses of $15,941 |
| THREE | A.P. & D.P. | 04/15/2019 | 2018 | 1. Schedule E, Line 31, S Corporation loss of $54,761<br>2. Schedule A, Line 11, Cash contributions of $13,083 |
| FOUR | D.F. & M.F. | 04/15/2017 | 2016 | 1. Schedule E, Line 31, S Corporation loss of $36,711<br>2. Schedule A, Line 21, Unreimbursed employee expenses of $15,332 |
| FIVE | D.F. & M.F. | 06/10/2019 | 2017 | 1. Schedule E, Line 31, S Corporation loss of $60,403<br>2. Schedule A, Line 16, Cash contributions of $11,898<br>3. Schedule A, Line 21, Unreimbursed employee expenses of $10,254 |
| SIX | D.F. & M.F. | 07/15/2020 | 2018 | 1. Schedule E, Line 31, S Corporation loss of $51,082<br>2. Schedule A, Line 11, Cash contributions of $38,800 |

| COUNT | TAXPAYER(S) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM(S) |
|---|---|---|---|---|
| SEVEN | D.F. & M.F. | 09/22/2021 | 2019 | Schedule E, Line 31, S Corporation loss of $64,506 |
| EIGHT | E.G. | 08/10/2018 | 2017 | 1. Schedule A, Line 1, Medical and dental expenses of $190,356<br>2. Schedule A, Line 16, Cash contributions of $191,359<br>3. Schedule A, Line 23, Other expenses—investment, safe deposit box, etc., of $30,930 |
| NINE | M.K. & M.K. | 12/14/2018 | 2017 | Schedule A, Line 16, Cash contributions of $65,302 |
| TEN | M.K. & M.K. | 03/17/2020 | 2018 | Schedule A, Line 11, Cash contributions of $55,774 |
| ELEVEN | M.K. & M.K. | 03/14/2022 | 2019 | 1. Schedule E, Line 31, S Corporation loss of $22,435<br>2. Schedule A, Line 11, Cash contributions of $173,933 |
| TWELVE | M.M. | 04/15/2017 | 2016 | 1. Schedule E, Line 31, S Corporation loss of $32,093<br>2. Schedule A, Line 16, Cash contributions of $30,355<br>3. Schedule A, Line 21, Unreimbursed employee expenses of $16,338 |

| COUNT | TAXPAYER(S) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM(S) |
|---|---|---|---|---|
| THIRTEEN | M.M. | 04/15/2018 | 2017 | 1. Schedule E, Line 31, S Corporation loss of $46,792<br>2. Schedule A, Line 16, Cash contributions of $10,494<br>3. Schedule A, Line 21, Unreimbursed employee expenses of $13,139 |
| FOURTEEN | M.M. | 04/15/2019 | 2018 | 1. Schedule E, Line 31, S Corporation loss of $34,221<br>2. Schedule A, Line 1, Medical and dental expenses of $17,048<br>3. Schedule A, Line 11, Cash contributions of $45,168 |
| FIFTEEN | R.H. & J.H. | 04/15/2017 | 2016 | Schedule E, Line 31, S Corporation loss of $33,901 |
| SIXTEEN | R.H. & J.H. | 04/15/2018 | 2017 | Schedule E, Line 31, S Corporation loss of $33,673 |
| SEVENTEEN | R.H. & J.H. | 04/15/2019 | 2018 | Schedule E, Line 31, S Corporation loss of $51,646 |
| EIGHTEEN | R.H. & J.H. | 04/15/2020 | 2019 | Schedule E, Line 31, S Corporation loss of $58,657 |
| NINETEEN | T.C. & P.C. | 04/13/2020 | 2018 | 1. Schedule E, Line 31, S Corporation loss of $21,948<br>2. Schedule A, Line 11, Cash contributions of $50,974 |

| COUNT | TAXPAYER(S) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM(S) |
|---|---|---|---|---|
| TWENTY | T.C. & P.C. | 01/07/2021 | 2019 | 1. Schedule E, Line 31, S Corporation loss of $128,200<br>2. Schedule A, Line 11, Cash contributions of $36,334 |
| TWENTY-ONE | T.C. & P.C. | 08/26/2021 | 2020 | 1. Schedule E, Line 31, S Corporation loss of $104,542<br>2. Schedule A, Line 11, Cash contributions of $39,216 |
| TWENTY-TWO | T.C. & P.C. | 06/13/2022 | 2021 | 1. Schedule E, Line 31, S Corporation loss of $124,506<br>2. Schedule A, Line 11, Cash contributions of $55,372 |
| TWENTY-THREE | V.C. & A.C. | 04/06/2018 | 2016 | 1. Schedule E, Line 31, S Corporation loss of $30,264<br>2. Schedule A, Line 16, Cash contributions of $12,718<br>3. Schedule A, Line 21, Unreimbursed employee expenses of $18,504 |
| TWENTY-FOUR | V.C. & A.C. | 04/15/2018 | 2017 | 1. Schedule E, Line 31, S Corporation loss of $31,163<br>2. Schedule A, Line 16, Cash contributions of $12,054<br>3. Schedule A, Line 21, Unreimbursed employee expenses of $21,713 |

| COUNT | TAXPAYER(S) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM(S) |
|---|---|---|---|---|
| TWENTY-FIVE | V.C. & A.C. | 04/15/2019 | 2018 | 1. Schedule E, Line 31, S Corporation loss of $50,306<br>2. Schedule A, Line 1, Medical and dental expenses of $15,153<br>3. Schedule A, Line 11, Cash contributions of $18,231 |

COUNTS TWENTY-SIX THROUGH FORTY-SEVEN

[26 U.S.C. § 7206(2)]

On or about the dates set forth below, in Riverside County, within the Central District of California, and elsewhere, defendant SALVADOR GONZALEZ willfully aided and assisted in, and procured, counseled, and advised, the preparation and presentation to the IRS of false and fraudulent U.S. Income Tax Returns for an S Corporation, Forms 1120-S, for the businesses and for the tax years set forth below.  The Forms 1120-S were false and fraudulent as to material matters in that they included false claims that the businesses had incurred business losses in the amounts specified below, when defendant GONZALEZ then knew that the businesses had not incurred such business losses in the amounts stated on the Forms 1120-S.

| COUNT | BUSINESS (TAXPAYER) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM |
|---|---|---|---|---|
| TWENTY-SIX | Above and Beyond Thinking, Inc. (T.C.) | 04/21/2019 | 2018 | Line 21, Business loss of $21,948 |
| TWENTY-SEVEN | Above and Beyond Thinking, Inc. (T.C.) | 07/27/2020 | 2019 | Line 21, Business loss of $83,936 |
| TWENTY-EIGHT | Above and Beyond Thinking, Inc. (T.C.) | 03/15/2021 | 2020 | Line 21, Business loss of $104,542 |
| TWENTY-NINE | Above and Beyond Thinking, Inc. (T.C.) | 03/15/2022 | 2021 | Line 21, Business loss of $124,506 |

| COUNT | BUSINESS (TAXPAYER) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM |
|---|---|---|---|---|
| THIRTY | Going Coastal Inc. (D.F.) | 04/15/2017 | 2016 | Line 21, Business loss of $36,711 |
| THIRTY-ONE | Going Coastal Inc. (D.F.) | 05/07/2018 | 2017 | Line 21, Business loss of $60,403 |
| THIRTY-TWO | Going Coastal Inc. (D.F.) | 05/18/2019 | 2018 | Line 21, Business loss of $51,082 |
| THIRTY-THREE | Going Coastal Inc. (D.F.) | 08/04/2020 | 2019 | Line 21, Business loss of $64,506 |
| THIRTY-FOUR | Leatherneck Inc. (V.C.) | 04/11/2017 | 2016 | Line 21, Business loss of $30,264 |
| THIRTY-FIVE | Leatherneck Inc. (V.C.) | 03/15/2018 | 2017 | Line 21, Business loss of $31,163 |
| THIRTY-SIX | Leatherneck Inc. (V.C.) | 03/15/2019 | 2018 | Line 21, Business loss of $50,306 |
| THIRTY-SEVEN | PG Resources (A.P.) | 03/15/2017 | 2016 | Line 21, Business loss of $53,417 |
| THIRTY-EIGHT | PG Resources (A.P.) | 04/03/2018 | 2017 | Line 21, Business loss of $68,986 |
| THIRTY-NINE | PG Resources (A.P.) | 03/15/2019 | 2018 | Line 21, Business loss of $54,761 |
| FORTY | Soul Ride Corporation (J.H.) | 03/15/2017 | 2016 | Line 21, Business loss of $33,901 |
| FORTY-ONE | Soul Ride Corporation (J.H.) | 03/15/2018 | 2017 | Line 21, Business loss of $33,300 |
| FORTY-TWO | Soul Ride Corporation (J.H.) | 03/15/2019 | 2018 | Line 21, Business loss of $50,955 |

| COUNT | BUSINESS (TAXPAYER) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM |
|---|---|---|---|---|
| FORTY-THREE | Soul Ride Corporation (J.H.) | 03/15/2020 | 2019 | Line 21, Business loss of $58,382 |
| FORTY-FOUR | Vienna and Associates Inc. (M.M.) | 03/15/2017 | 2016 | Line 21, Business loss of $32,093 |
| FORTY-FIVE | Vienna and Associates Inc. (M.M.) | 03/15/2018 | 2017 | Line 21, Business loss of $46,792 |
| FORTY-SIX | Vienna and Associates Inc. (M.M.) | 03/15/2019 | 2018 | Line 21, Business loss of $34,221 |

| COUNT | BUSINESS (TAXPAYER) | APPROX. DATE FILED | TAX YEAR | FALSE ITEM |
|---|---|---|---|---|
| FORTY-SEVEN | West Ridge Ventures Corp. (M.K.) | 08/26/2021 | 2019 | Line 21, Business loss of $22,435 |

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

ROBERT S. TRISOTTO
Assistant United States Attorney
Riverside Branch Office

LAUREN K. POPE
Trial Attorney
Department of Justice
Tax Division